IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-208

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DAVENON FARMER (2), ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of counsel for the defendant for a continuance of the sentencing hearing in this matter from September 27, 2012, in the Charlotte Division. (Doc. No. 135).

On September 12, 2012, the Court calendared the sentencing hearing for September 27, 2012, and gave notice to the parties. On September 27, 2012, counsel for the defendant was involved in a jury trial in another case before another district judge. However, counsel did not alert this Court to the scheduling conflict and did not file the instant motion to continue until October 2, 2012.

**IT IS, THEREFORE, ORDERED** that the sentencing hearing in the above captioned case be continued to a date to be announced by separate notice. Counsel is admonished to provide advance notice and take appropriate action in future scheduling conflicts.

Signed: October 16, 2012

Robert J. Conrad, Jr.
Chief United States District Judge